# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132200

KEVIN HAMEL and KATHLEEN HAMEL,
      Plaintiffs-Appellees,

v

SUDHIR B. RAO, M.D., and BIG RAPIDS
ORTHOPAEDICS, P.C.,
      Defendants-Appellants,

and

MECOSTA COUNTY GENERAL HOSPITAL,
      Defendant.
_____/

SC: 132200
COA: 270603
Mecosta CC: 04-016118-NH

      On order of the Court, the application for leave to appeal the August 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

d1218